[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-11573
Non-Argument Calendar

_____

D.C. Docket No. 4:13-cr-00127-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SONNY MICHAEL VASQUEZ,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(October 30, 2014)

Before HULL, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Lynne M. Fleming, appointed counsel for Sonny Michael Vasquez in this

direct criminal appeal, has moved to withdraw from further representation of Mr.

Vasquez and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738

(1967).  Our independent review of the record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Mr. Vasquez's convictions and sentences are **AFFIRMED**.